IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRACH MADATYAN,

    Petitioner,                   No. 2:12-cv-1925 CKD P

    vs.

GARY SWARTHOUT,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges the execution of his sentence. He is confined in San Luis Obispo County which lies within the jurisdiction of the United States District Court for the Northern District of California.[1] When a prisoner challenges the execution of his sentence, the preferable venue is the court with jurisdiction over the place where the prisoner is confined. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Accordingly, this action will be transferred to the Northern District of

---

[1] In his petition, petitioner asserts he is housed at California State Prison, Solano. However information obtained from the California Department of Corrections and Rehabilitation reveals petitioner was transferred to the California Men's Colony in San Luis Obispo in May of this year. Also, the return address on the envelope petitioner used to mail his petition indicates he resided at the California Men's Colony when the petition was mailed.

1

California.

Good cause appearing, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Northern District of California.

Dated: July 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
mada1925.trn

2